# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| Vicente Rodriguez<br><br>　　　Plaintiff,<br><br>v.<br><br>ER Solutions, Inc.,<br><br>　　　Defendant. | Case No. 3:08-cv-50037<br><br>Judge: Kapala<br>Magistrate Judge: Mahoney<br><br><br>**NOTICE OF SETTLEMENT** |

　　　Plaintiff, by and through counsel, hereby gives Notice that the parties in the above-captioned matter reached a settlement. Plaintiff anticipates filing a Notice of Dismissal with Prejudice in the near future.

　　　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　　　　　　Legal Helpers, P.C.

　　　　　　　　　　　　　　　　　　By: */s/ Richard J. Meier*
　　　　　　　　　　　　　　　　　　　　Richard J. Meier
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs
　　　　　　　　　　　　　　　　　　　　The Sears Tower
　　　　　　　　　　　　　　　　　　　　Suite 5150
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　　Telephone: 1.866.339.1156
　　　　　　　　　　　　　　　　　　　　rjm@legalhelpers.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following parties were served via ordinary U.S. mail:

ER Solutions, Inc.
c/o Steven J. Hunter, Registered Agent
800 SW 39th Street
Renton, WA 98057

*/s/ Richard J. Meier*