# United States District Court
## Northern District of Illinois
### Western Division

Vincente Rodriguez                    **JUDGMENT IN A CIVIL CASE**

v.                                    Case Number: 08 C 50037

ER Solutions, Inc.

☐    Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury rendered its verdict.

☐    Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that no stipulation to dismiss has been timely filed nor has the court extended the period of time for filing the stipulation to dismiss.  The Clerk hereby enters an order of dismissal with prejudice in this case and judgment.

Michael W. Dobbins, Clerk of Court

Date: 6/17/2008                    _____

                                   /s/ Susan Wessman, Deputy Clerk